Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOWELL, JR., a single individual; ROBIN HOWELL, a single individual, and ROBERT HOWELL, SR., a single individual,<br><br>Defendants. | NO. 2:21-cv-01389-JHC<br><br>**ORDER GRANTING PLAINTIFF HOMESITE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT** |

THIS MATTER comes before the Court on Plaintiff Homesite Insurance Company's Motion For Leave to File Amended Complaint for Declaratory Judgment. Dkt. 21. Having considered the Motion, and materials cited therein, the submission in opposition, and the reply, the Court being fully apprised in the matter, now, therefore, ORDERS as follows:

Plaintiff Homesite Insurance Company's Motion For Leave to File Amended Complaint for Declaratory Judgement is hereby GRANTED.

ORDER GRANTING PLAINTIFF HOMESITE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT (NO. 2:21-cv-01389-JHC) - 1

7551346.1

1   DATED this 4th day of May, 2022.

_John H. Chun_
The Honorable John H. Chun

ORDER GRANTING PLAINTIFF HOMESITE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT (NO. 2:21-cv-01389-JHC) - 2

7551346.1