UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT HOWELL, JR., a single individual; ROBIN HOWELL and ROBERT HOWELL, SR.<br><br>    Defendants. | NO. 2:21-cv-01389-JHC<br><br>ORDER CONTINUING TRIAL |

This matter comes before the Court on Plaintiff's Motion for Order to Continue Trial Date and Related Pending Dates. Dkt. # 103. The Court has considered the materials submitted by the parties in connection with the motion, pertinent portions of the record, and the applicable law. Being fully advised, finding that the requirements of LCR 16(b)(6) have been met and that good cause exists, the Court GRANTS the motion. The trial date is continued to **November 18, 2024**. The Court DIRECTS the Clerk to issue Minute Order Setting Trial Date and Related Dates in accordance with this order.

/

/

ORDER CONTINUING TRIAL - 1
(NO. 2:21-cv-01389-JHC)

7812909.1

1    DATED this 3rd day of November, 2023.

_____
John H. Chun
United States District Court Judge

ORDER CONTINUING TRIAL - 2
(NO. 2:21-cv-01389-JHC)

7812909.1