UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br>Plaintiff,<br><br>v.<br><br>ROBERT HOWELL, JR., a single individual, ROBIN HOWELL, a single individual, and ROBERT HOWELL, SR., a single individual,<br>Defendant. | CASE NO. 2:21-cv-01389-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Plaintiff Homesite Insurance Company of the Midwest is ORDERED to respond to Defendant's Motion for Reconsideration, Dkt. # 129, on or before Friday, June 28, 2024.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 21st day of June 2024.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1