UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOWELL, JR., a single individual, ROBIN HOWELL, a single individual,<br><br>Defendants. | CASE NO. 2:21-cv-01389-JHC<br><br>ORDER |

Upon review of the parties' Second Joint Status Report Pursuant to Court Order [Dkt. #150], Dkt. # 152, the Court sets trial in this matter for June 9, 2025. The Court DIRECTS the Clerk to issue a case scheduling order that follows the Court's standard pretrial schedule and sets dates from the settlement conference deadline to trial.

Dated this 19th day of December, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1