UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOWELL, JR., a single individual; ROBIN HOWELL and ROBERT HOWELL, SR., a married couple; and SIERRA PACIFIC LAND & TIMBER COMPANY, a California corporation,<br><br>Defendants. | NO. 2:21-cv-01389-JHC<br><br>**ORDER** |

This matter comes before the Court on Plaintiff Homesite Insurance Company of the Midwest's Motion for Order to Continue Trial Date and Related Pending Dates. Dkt. # 160. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court enters this Order.

The Court declines to continue the trial based on claims that have not been pleaded in this case. Furthermore, this case has been pending in this District for *over three and a half years*.[1] For these reasons, as well as those presented by Defendants, Dkt. # 164—including the

---

[1] *See* 28 U.S.C. § 476(a)(3).

ORDER - 1

prejudice they would suffer from the requested continuance—the Court DENIES the motion for want of good cause. *See* Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6).

DATED this 27th day of May, 2025.

                                                     John H. Chun
                                                     JOHN H. CHUN
                                                     UNITED STATES DISTRICT JUDGE

ORDER - 2