UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOWELL, JR., a single individual; ROBIN HOWELL and ROBERT HOWELL, SR., a married couple; and SIERRA PACIFIC LAND & TIMBER COMPANY, a California corporation,<br><br>Defendants. | NO. 2:21-cv-01389-JHC<br><br>**ORDER ON PLAINTIFF'S MOTIONS *IN LIMINE*** |

THIS MATTER comes before the Court on Plaintiff Homesite Insurance Company's Motions *In Limine*. Dkt. # 156. The Court has considered the motion and all materials submitted in connection with the motions, including materials submitted in response. The Court ORDERS as follows:

| Motion in Limine | Ruling |
|---|---|
| Motion 2: Exclude References to Financial Status | Granted. |

ORDER ON THE HOMESITE'S MOTIONS IN LIMINE - 1

| Motion in Limine | Ruling |
|---|---|
| Motion 3: Exclude References to "Golden Rule," "Send a Message," and "Hometown" Arguments | Granted. But the Howells may ask the jury to hold Homesite accountable for conduct that falls below the standard of care. |
| Motion 4: Exclude References to Policy Interpretation | Reserved. Before making any such reference, the Howells shall alert the Court outside the presence of the jury, so that the Court may resolve any objection. |
| Motion 5: Exclude References to Coverage Under the Policy being denied | Denied. |
| Motion 6: Exclude References to Size/Resources available to Plaintiff or its Counsel | Granted. This ruling is reciprocal, as requested by the Howells. |
| Motion 7: Exclude References to Claims Not Pleaded in the Complaint | Granted. |
| Motion 8: Exclude Evidence of Other Claims or Lawsuits Against Homesite | Granted. This ruling is reciprocal, as requested by the Howells. |
| Motion 9: Exclude References to Pretrial Motions/Motions in Limine | Reserved. Before making any such reference, the Howells shall alert the Court outside the presence of the jury, so that the Court may resolve any objection. |
| Motion 10: Allow Opportunity to Review Evidence before Evidence is Referenced by Counsel | Granted. |
| Motion 11: Provide 24-hour notice of testifying witnesses | Granted. |
| Motion 12: Exclude Non-Party Witnesses from the Courtroom | Granted. |
| Motion 13: Preclude References to any Witnesses' Nationality or Ethnic Descent | Granted. This ruling is reciprocal, as requested by the Howells. |
| Motion 14: Exclude Undisclosed Witness Testimony | Granted. |
| Motion 15: Exclude Undisclosed Evidence | Reserved. |
| Motion 16: Exclude Undisclosed Expert Opinions | Granted. This ruling is reciprocal, as requested by the Howells. |
| Motion 17: Exclude Undisclosed Damages. | Reserved. |

| Motion in Limine | Ruling |
|---|---|
| Motion 18: Exclude Evidence of Defendants' Good Character | Granted. |
| Motion 19: Exclude Witnesses Not Called to Testify | Granted. |
| Motion 20: Exclude Standards or Rules Other Than the Appropriate Legal Standards Under Washington Law | Granted.  This ruling is reciprocal, as requested by the Howells. |
| Motion 21: Exclude References to Taxability of Any Judgment | Granted. |
| Motion 22: Exclude References to Emotional Distress Damages, Including those "Arising from the Lawsuit" | Granted with respect to emotional distress caused by lawsuit. |

DATED this 27th day of May, 2025.

_____
John H. Chun
United States District Judge