UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOWELL, JR., a single individual; ROBIN HOWELL and ROBERT HOWELL, SR., a married couple; and SIERRA PACIFIC LAND & TIMBER COMPANY, a California corporation,<br><br>Defendants. | No. 2:21-cv-01389 JHC<br><br>ORDER ON DEFENDANTS ROBIN HOWELL AND ROBERT HOWELL JR.'S CONSOLIDATED MOTIONS IN LIMINE |

**THIS MATTER** comes before this Court on Defendant Robin Howell and Robert Howell Jr.'s Consolidated Motions *In Limine*. Dkt. # 157. The Court has considered the motion and all materials submitted in connection with the motions, including materials submitted in response. The Court ORDERS as follows:

1. **Statement of Probable Testimony**:

Reserved. The Court expects the parties to comply with Federal Rules of Evidence 801 and 802.

ORDER ON DEFS. RBN HOWELL AND RBT
HOWELL JR.'S MOTION IN LIMINE- 1
2:21-cv-01389 JHC

2. **Prior Testimony of Available Witnesses**:

Reserved. The Court expects the parties to comply with Federal Rules of Evidence 801 and 802.

3. **Failure to Call a Witness**:

Granted. This ruling is reciprocal.

4. **Scope of Rebuttal/Closing**:

Granted. This ruling is reciprocal.

5. **Best Evidence**:

Granted.

6. **Settlement Offers**:

Granted. The Court reserves on the question of the Howells "opening the door."

7. **Exclusion of Non-Party Witnesses**:

Granted.

8. **Advance Notice of Witness Order**:

Granted as to witnesses; denied as to the remaining items.

9. **No Amendment of Claims**:

Granted. This ruling is reciprocal.

10. **No Surprise Evidence**:

Granted. This ruling is reciprocal.

11. **Robert Howell Jr.'s Unrelated Criminal Charges**:

Reserved in light of Federal Rule of Evidence 609(a)(1). Before making any reference to any such evidence, Homesite shall alert the Court outside the presence of the jury, so that the Court may resolve any objection.

ORDER ON DEFS. RBN HOWELL AND RBT HOWELL JR.'S MOTION IN LIMINE- 2
2:21-cv-01389 JHC

12. **References to Robin Howell's Application for Insurance**:

Reserved.

13. **References to Misrepresentation or Concealment of Information**:

Denied.

14. **References to Two Separate Properties**:

Denied.

15. **References to the Location of the "Insured Premises"**:

Denied.

16. **Irrelevant, Undated, and Unauthenticated Exhibits**:

Reserved.

17. **Expert Testimony**:

Denied.  This is an untimely motion challenging expert witness testimony.  *See* Dkt. # 110; *Mooney v. Roller Bearing Co. of Am., Inc.*, 601 F. Supp. 3d 881, 887 (W.D. Wash. 2022) (declining to consider untimely *Daubert* arguments); *Gill v. Magan*, 2021 WL 1589521, at *1 (W.D. Wash. Apr. 23, 2021) (same); *Pacheco v. United States*, 2020 WL 3050143, at *1 (W.D. Wash. June 8, 2020) (same).

18. **Apology or Remorse**:

Granted.

19. **Providing the Howells with a Defense:**

Reserved.

//

//

//

ORDER ON DEFS. RBN HOWELL AND RBT
HOWELL JR.'S MOTION IN LIMINE- 3
2:21-cv-01389 JHC

DATED THIS 27th day of May, 2025.

John H. Chun
United States District Judge

ORDER ON DEFS. RBN HOWELL AND RBT
HOWELL JR.'S MOTION IN LIMINE- 4
2:21-cv-01389 JHC