1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOWELL, JR., a single individual, ROBIN HOWELL, a single individual,<br><br>Defendants. | CASE NO. 2:21-cv-01389-JHC<br><br>ORDER |

At the pretrial conference yesterday, the parties indicated that they would be willing to participate in a judicial settlement conference. Dkt. # 170. Under the Local Civil Rules, "the court may appoint a settlement judge who may conduct a settlement conference in such manner as that settlement judge may deem appropriate." LCR 39.1(e).

Accordingly, the Court APPOINTS the Honorable Michelle L. Peterson, United States Magistrate Judge, to serve as settlement judge in this case. Magistrate Judge Peterson's chambers staff will contact counsel regarding next steps in the process. The trial date and unexpired pretrial deadlines remain unchanged absent further order of the Court. *See* Dkt. # 154.

ORDER - 1

The Court further DIRECTS the Clerk of the Court to provide Magistrate Judge Peterson with a copy of this order.

Dated this 28th day of May, 2025.

John H. Chun
United States District Judge

ORDER - 2