UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOWELL, JR., a single individual; ROBIN HOWELL and ROBERT HOWELL, SR.,<br><br>Defendants. | CASE NO. 2:21-cv-01389-JHC<br><br>ORDER |

This matter comes before the Court sua sponte.

As stated on the record at the supplemental pretrial conference today, the Court STAYS Plaintiff's claims; and to accommodate Defendants' request for additional time to prepare for trial in light of the stay, the Court CONTINUES trial in this matter to Monday, June 23, 2025. Dkt. # 188.

The Court further ORDERS the parties to submit the following:

ORDER - 1

1. Amended Pretrial Order by Monday, June 9, 2025. The parties' previous submission was both untimely and improperly presented as a "Pretrial Statement." Dkt. # 175. *See* LCR 16(e).

2. Amended trial briefs and jury instructions by Monday, June 16, 2025.

Dated this 3rd day of June, 2025.

*[signature]*

John H. Chun
United States District Judge

ORDER - 2