UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOWELL, JR., a single individual; ROBIN HOWELL and ROBERT HOWELL, SR., a married couple; and SIERRA PACIFIC LAND & TIMBER COMPANY, a California corporation,<br><br>Defendants. | NO. 2:21-cv-01389-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER OF DEFAULT JUDGMENT AS TO DEFENDANT ROBERT HOWELL, SR. |

THIS MATTER comes before the Court on Plaintiff Homesite Insurance Company of the Midwest's Motion for Order of Default Judgment as to Defendant Robert Howell, Sr. Dkt. # 195. The Court has considered the motion, the materials submitted in connection with the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion. Homesite owes no duty to defend or indemnify Robert Howell Sr. with respect to any aspect of the underlying lawsuit.

ORDER GRANTING HOMESITE'S MOTION FOR
ORDER OF DEFAULT JUDGMENT AS TO ROBERT
HOWELL, SR. - 1

DATED this 8th day of July, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE